UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD MARSHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION; PENSION BENEFIT INFORMATION, LLC d/b/a PBI RESEARCH SERVICES; and TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA<br><br>Defendants. | Case No. 1:23-cv-07822-LAK<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #<br>DATE FILED: 10-4-23 |

[PROPOSED] ORDER

Plaintiff Edward Marshall has moved to consolidate the above-captioned action with other previously consolidated actions arising from the same data breach and stay the consolidated actions pending a ruling from the Judicial Panel on Multidistrict Litigation on whether the cases will be transferred for centralized proceedings. *See In Re: MOVEit Customer Data Security Breach Litigation*, MDL No. 3083. For good cause shown, the Court grants Plaintiff's motion. Accordingly, the above-caption matter is hereby consolidated with the other related actions previously consolidated under the lead case, *Jentz v. TIAA*, No. 1:23-cv-06944. Further, the consolidated actions shall be stayed pending a ruling by the Panel on the motion to transfer pursuant to 28 U.S.C. § 1407. The Parties shall file a joint status report with the Court within 10 days of Panel's ruling, notifying the Court of the Panel's decision.

SO ORDERED

LEWIS A. KAPLAN, USDJ
10/4/23

1